**Robert J. BEAN, Plaintiff—Appellant,**

v.

**Ronald J. ANGELONE; Fred Shilling, Director, Health Services Virginia Department of Corrections; Ugwuale Nwauche, Doctor; Page True, Warden, Red Onion State Prison; Kathleen A. Deponte, Doctor, at St. Mary's Hospital, Defendants—Appellees.**

No. 03–7649.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 17, 2003.

Decided Feb. 10, 2004.

Robert J. Bean, Appellant pro se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia; Edward Joseph McNelis, III, John David McChesney, Rawls & McNelis, P.C., Richmond, Virginia; Heather Helaine Polzin, Flippin, Densmore, Morse & Jessee, Roanoke, Virginia, for Appellees.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert J. Bean appeals the district court's judgment denying relief on his 42 U.S.C. § 1983 (2000) complaint alleging deliberate indifference to his medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bean v. Angelone,* No. CA–02–1088–7 (W.D.Va. Sept. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*